■ In the Matter of CATHOLIC HOME BUREAU FOR DEPENDENT CHILDREN, Respondent. WILLIAM R., Appellant. — Two orders, Family Court of the State of New York, New York County (Aileen Schwartz, J.), and order of said court

(Elrich Eastman, J.), all entered on May 26, 1981, unanimously affirmed, without costs and without disbursements. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Carro, Fein and Alexander, JJ.